United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACUMEN CONSTRUCTION MANAGEMENT INC., et al.,<br><br>Defendants. | Case No. 24-cv-04417-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: ECF No. 44 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's report and recommendation, ECF No. 44, concerning Plaintiffs' motion for default judgment, ECF No. 19. Plaintiffs served Defendants with the report and recommendation on November 19, 2025. ECF No. 47. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Default judgment against Defendants is granted in part and denied in part per the report's recommendation. Plaintiffs are granted $254,537.01 for contributions, liquidated damages, and interest on reported fringe benefit contributions, $3,522.70 for liquidated damages and $373.75 for interest arising from late-paid fringe benefit contributions, $161.32 for additional audit interest balance, $10,605.00 for attorneys' fees, and $840.81 for costs. ECF No. 44 at 19.

The Court retains jurisdiction to allow Plaintiffs to submit a further motion to amend the judgment to address any additional attorney's fees and costs incurred in relation to this case. Any such motion will be referred to Magistrate Judge Westmore for a report and recommendation.

/ / /

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  December 9, 2025

_____
JON S. TIGAR
United States District Judge